UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER MITCHELL,**

    **Plaintiff,**                                      Case No.: 4:20-CV-00405

v.

**PERKINS ELECTRIC ENTERPRISES,
INC.,**

    **Defendant.**
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, **PERKINS ELECTRIC ENTERPRISES, INC.** ("Defendant"), pursuant to 28 U.S.C. §§ 1441, 1443, 1446 and 1343, and N.D. Fla. Loc. R. 7.2, files this Notice of Removal of an action pending in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida to the United States District Court, Northern District of Florida, Tallahassee Division, and in support thereof states the following grounds:

1.    Defendant desires to exercise its rights under the provisions of 28 U.S.C. §1331, *et seq*., to remove this action from the Second Judicial Circuit in and for Leon County, Florida, where it is now pending under the name and style of: *Christopher Mitchell v. Perkins Electric Enterprises, Inc.*, Case No. 2020-CA-806 (hereinafter referred to as the "Circuit Court Action").

2. The Complaint was filed by Plaintiff on April 24, 2020, and Defendant was served on or about August 12, 2020.

3. The Complaint contains a single count and alleges discrimination pursuant to 42 U.S.C. § 1981 ("Section 1981"). (*See* **Exhibit 1,** Complaint at ¶¶1, 18 and 25). This Court has federal question jurisdiction over Plaintiff's Section 1981 claim. *E.g.*, <u>Kennedy v. Bellsouth Telecommunications, Inc.</u>, 546 Fed. Appx. 817, 819 (11th Cir. 2013) (noting that district court had federal question jurisdiction over Section 1981 claim).

4. Pursuant to 28 U.S.C. §1446(a) and <u>N</u>.<u>D</u>. <u>Fla</u>. <u>Loc</u>. <u>R</u>. 7.2(A), copies of the Summons, Complaint, and Acceptance of Service, as well as all other process, pleadings, and orders on file in the Circuit Court Action to date are attached to this Notice of Removal as **Exhibit 1**. To the undersigned's knowledge, no other papers or pleadings have been filed in the Circuit Court Action other than those attached hereto.

5. In accordance with the requirements of 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is filed within 30 days after Defendant was served with the Summons and Complaint. *See*, <u>Edwards v. Apple Computer, Inc.</u>, 645 Fed. Appx. 849, 852 (11th Cir. 2016)(stating that under § 1441(a), a defendant may remove any civil action brought in state court that could have originally been filed in federal court).

6.	Venue in this District and Division is proper for purposes of removal under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action was filed and is pending – Leon County, Florida.

7.	Pursuant to 28 U.S.C. §1446(d), written and electronic notice of filing this Notice of Removal has been served upon Plaintiff's counsel, Marie A. Mattox. A true copy of this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, as required by law. *Id*.

## Removal Based on Federal Question Jurisdiction

8.	Unless specifically prohibited by an act of Congress, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §1441(a). This Court possesses original jurisdiction over this civil action because it involves a federal question under Section 1981.

9.	Because the requirements for removal are satisfied, this Court should accept jurisdiction.

**WHEREFORE**, Defendant, **PERKINS ELECTRIC ENTERPRISES, INC.**, respectfully requests that this action be removed to this Court, that this Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Dated this 17th day of August, 2020.

Respectfully submitted,

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**
Florida Bar No.: 0000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Perkins Electric Enterprises, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of August, 2020, a true and correct copy of the foregoing was electronically filed in the US District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**