# Leon County Clerk of Courts Secure Web Access

Hosted By The Leon County Clerk of Courts

| Navigation | Notes | Calendar | File Requests | Print | Help |

Print page

Full Case View                                                                            Previous Page

### 37 2020 CA 000806 - MITCHELL, CHRISTOPHER vs PERKINS ELECTRIC ENTERPRISES INC

**Parties with active Attorneys**

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | PERKINS ELECTRIC ENTERPRISES INC , | DEFENDANT | PRO SE | ACTIVE |
| | MITCHELL, CHRISTOPHER | PLAINTIFF | MARIE A MATTOX | ACTIVE |

Click here for the service list

**Parties with inactive Attorneys**

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|

Top of Page

Top of Page

| Action Dscr | Open/Reopen Status | Open/Reopen Date | Disposition | Disposition Date | Judge |
|---|---|---|---|---|---|
| OTHER DISCRIMINATION | OPEN | 4/27/2020 8:27:28 AM | | | DODSON |

Top of Page

| Charge # | Action Code | Description | Plea | Date Plea | Decision Date | Court Action | Charge Disposition | Citation |
|---|---|---|---|---|---|---|---|---|

Top of Page

**Judges Appearing on Case**

| Last Name | First Name | Date Assigned | Current Assigned Judge | Source |
|---|---|---|---|---|
| DODSON | CHARLES | 6/30/2020 7:35:43 PM | Y | BM |
| FLURY | RONALD | 4/27/2020 12:46:17 PM | N | BM |

Top of Page

| VOR Statuses | Viewable on Request Documents | | | | ECertify Documents | ECertify Statuses |

There will be a $1.00/page charge for all document requests that must be scanned from paper. The icon -- Req$ -- reflects this charge. A requested docket code indicates that there is no image on file and the document may be in the paper case file.

**CLICK HERE TO VIEW ALL AVAILABLE IMAGES ON THIS CASE.**

DOCKET TABLE HEADERS ARE SORTABLE. CLICK FOR ASCENDING, AGAIN FOR DESCENDING ORDER
Source Table Abbreviations: BM = Benchmark; JIS = Justice Informations System

**Image Icon Definitions:**

📁 Available to all users

📁 Awaiting Redaction: Temporarily available only to Attorney of Record and certain Agencies

📁 Confidential Document: Only available to Attorney of Record and certain Agencies

| Docket Date | CCISSeqNbr | Docket Code | ECertify | Docket Text | OR Book | OR Page | Action Finalized Date | Source |
|---|---|---|---|---|---|---|---|---|
| 4/24/2020 | 2 | CCS 📁 | ‹‹-*Req $* | CIVIL COVER SHEET | | | | BM |
| 4/24/2020 | 3 | COMP_CA 📁 | ‹‹-*Req $* | COMPLAINT | | Exhibit 1 | | BM |
| 4/24/2020 | 4 | SUIS 📁 | | SUMMONS ISSUED | | | 4/27/2020 | BM |

|  |  |  |  |  | ‹‹-*Req $* |  | 12:55:36 PM |  |
|---|---|---|---|---|---|---|---|---|
| 4/27/2020 | 1 |  | a002 |  | JUDGE FLURY, RONALD W: ASSIGNED |  |  | BM |
| 4/27/2020 | 5 |  | RECEIPT | ‹‹-*Req $* | PAYMENT $410.00 RECEIPT #1508604 |  |  | BM |
| 6/30/2020 | 0 |  | JRPAO |  | JUDGE REASSIGNMENT PER ADMIN ORDER AO2020-10 FROM JUDGE Flury TO JUDGE Dodson reassigned on: 06/30/2020 |  |  | BM |

Top of Page

| Event | Date | Start | Location | Judge | Result | Source |
|---|---|---|---|---|---|---|

Top of Page

| Docket Application |  | Owed | Paid | Dismissed | Due |
|---|---|---|---|---|---|
| COMPLAINT |  | $400.00 | $400.00 | $0.00 | $0.00 |
| SUMMONS ISSUED |  | $10.00 | $10.00 | $0.00 | $0.00 |

Top of Page

| Ar Plan |  |  |  |  |  |
|---|---|---|---|---|---|
| PaymentPlanID | Ordered Amt | Paid | Dismissed | Balance | Delinquent |

Top of Page

**Restitution**
LastOrBusinessName Firstname RestitutionID RestitutionType RestitutionAmount AmountPaid AmountOutstanding

Top of Page

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.  CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SECOND</u> JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u> COUNTY, FLORIDA

Case No.: <u>2020 CA 000806</u>
Judge: _____

<u>CHRISTOPHER MITCHELL</u>
Plaintiff
          vs.
<u>PERKINS ELECTRIC ENTERPRISES INC</u>
Defendant

**II.  AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>75,000</u>

**III.  TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
- ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:**
(Specify)

1

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☐ No
☒ Yes – If "yes" list all related cases by name, case number and court:

n

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Marie A Mattox
             Attorney or party
FL Bar No.: 739685
             (Bar number, if attorney)
             Marie A Mattox
             (Type or print name)
  Date:   04/24/2020

|  | IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA |
|---|---|
| **CHRISTOPHER MITCHELL,** | CASE NO.: 20-CA- 2020 CA 000806 |
| Plaintiff, | FLA BAR NO.: 0739685 |
| v. |  |
| **PERKINS ELECTRIC ENTERPRISES, INC.,** |  |
| Defendant. |  |
| _____/ |  |

## COMPLAINT

Plaintiff, CHRISTOPHER MITCHELL, hereby sues Defendant, PERKINS ELECTRIC ENTERPRISES, INC., and alleges:

### NATURE OF THE ACTION

1. This is an action brought under 42 U.S.C. §1981. Attorneys fees are sought under 42 U.S.C. §1988.

2. This action involves claims which are, individually, in excess of Thirty Thousand Dollars ($30,000.00), exclusive of costs and interest.

### THE PARTIES

3. At all times pertinent hereto, Plaintiff, CHRISTOPHER MITCHELL, has been a resident of the State of Florida. He is *sui juris*.

4. At all times pertinent hereto, Defendant, PERKINS ELECTRIC ENTERPRISES, INC., has been organized and existing under the laws of the State of Florida.

### CONDITIONS PRECEDENT

5. Plaintiff has satisfied all conditions precedent to bringing this action, if any.

## STATEMENT OF THE ULTIMATE FACTS

6. Plaintiff, who is African American, was working as a subcontracted vinyl soffit and siding installer alongside Defendant in a new Tallahassee residential community called Brookside.

7. On October 28, 2019, Plaintiff reported to his worksite at 5847 Village Ridge Way.

8. When he arrived, he noticed that some of his equipment had been moved. He repositioned his equipment, brought in his metal brake, and began working.

9. Three or four white Defendant employees came into the house where he was working. The white males made racists comments, specifically, but not limited to, "Who does that nigga think he is? You think that nigga got a gun?"

10. Plaintiff dismissed the chatter and began setting up his ladders and other equipment outside in order to install the soffit and vinyl siding on the house.

11. Plaintiff went back into the garage and noticed that his metal brake had been pushed over and bent. The metal brake is a fairly large piece of equipment that measures over 10 feet long, approximately 3 feet wide, and weighs more than one hundred pounds. It was readily apparent that this was done intentionally and, when considering the racist comments just prior, due to Plaintiff's race.

12. Plaintiff felt attacked and disrespected. He attempted to figure out what the issue was or who damaged his property, but was only able to locate one of the white men, who denied involvement.

13. Plaintiff reported the incident to the superintendent, Derrick, and to Defendant.

14. None of the people he reported to followed up with him or took action to remedy the problem.

15. Plaintiff completed the work on the house, though he lost wages on other projects in the community as he felt extremely uncomfortable working around Defendant's employees and was significantly deterred from returning to the job site.

16. Plaintiff has retained the undersigned to represent his interests in this cause and is obligated to pay a fee for these services. Defendant should be made to pay said fee under the laws referenced above.

## COUNT I
## RACE DISCRIMINATION

17. Paragraphs 1 through 17 are re-alleged and incorporated herein by reference.

18. This is an action against Defendant for discrimination based upon race brought under 42 U.S.C. §1981.

19. Plaintiff has been the victim of discrimination on the basis of his race in that he was treated poorly and subjected to racial animus by Defendants employees.

20. Defendant is liable for the racial hostility towards Plaintiff as the employees who committed the racial atrocities were acting inside the course and scope of their employment with Defendant. Defendant is also liable because it controlled the actions of its employees, allowed the racially discriminatory treatment and hostility towards Plaintiff because it controlled the actions and inactions of the persons making the remarks and taking the actions affecting Plaintiff or it knew or should have known of these actions and inactions and failed to take prompt and adequate remedial action or took no action at all to prevent the abuses to Plaintiff.

21. Furthermore, Defendant knowingly condoned and ratified the actions towards Plaintiff complained of herein.

3

22. Defendant's known allowance and ratification of these actions and inactions created, perpetuated and facilitated an abusive and offensive environment within the meaning of the statutes referenced above.

23. In essence, the actions of agents of Defendant, which were each condoned and ratified by Defendant, were of a race-based nature and in violation of the laws set forth herein.

24. The discrimination complained of herein affected a term, condition, or privilege of Plaintiff's continued contracting as set forth above.

25. Defendant's conduct and omissions constitutes intentional discrimination and unlawful employment practices based upon race in violation of 42 U.S.C. §1981.

26. As a direct and proximate result of Defendant's conduct described above, Plaintiff has suffered emotional distress, mental pain and suffering, past and future pecuniary losses, inconvenience, bodily injury, mental anguish, loss of enjoyment of life and other non-pecuniary losses, along with lost back and front pay, interest on pay, bonuses, and other benefits. These damages have occurred in the past, are permanent and continuing. Plaintiff is entitled to injunctive relief and punitive damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendant for the following:

(a) that process issue and this Court take jurisdiction over this case;

(b) that this Court grant equitable relief against Defendant under the applicable counts set forth above, mandating Defendant's obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

(c) enter judgment against Defendant and for Plaintiff awarding all legally-available general and compensatory damages and economic loss to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

(d) enter judgment against Defendant and for Plaintiff permanently enjoining Defendant from future violations of law enumerated herein;

(e) enter judgment against Defendant and for Plaintiff awarding Plaintiff attorney's fees and costs;

(f) award Plaintiff interest where appropriate; and

(g) grant such other further relief as being just and proper under the circumstances, including but not limited to reinstatement.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues herein that are so triable.

DATED this 24th day of April 2020.

Respectfully submitted,

/s/ Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P. A.
203 North Gadsden Street
Tallahassee, FL 32303
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
Marie@mattoxlaw.com
Secondary emails:
marlene@mattoxlaw.com
michelle@mattoxlaw.com

ATTORNEYS FOR PLAINTIFF

|  |  |
|---|---|
| CHRISTOPHER MITCHELL, | IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: 20-CA- 2020 CA 000806 |
| v. | FLA BAR NO.: 0739685 |
| PERKINS ELECTRIC ENTERPRISES, INC., | SUMMONS |
| Defendant. _____/ |  |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

**PERKINS ELECTRIC ENTERPRISES, INC.
C/O PERKINS, DAVID R – REGISTERED AGENT
5560 SHADY REST RD
HAVANA, FL 32333**

Each defendant is required to serve written defenses to the complaint or petition on **Marie A. Mattox, P. A.**, Plaintiff's attorney, whose address is **203 North Gadsden Street, Tallahassee, Florida 32301**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court, either before serve on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____, 2020.

CLERK OF THE CIRCUIT COURT

By: _____  04/27/2020
Deputy Clerk



# LEON COUNTY Receipt of Transaction
## Receipt #    1508604

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Marie A. Mattox
203 North Gadsden Street
Tallahassee, FL  32301

**On Behalf Of:**

,

On: 4/27/2020  12:46:24PM
Transaction # 100767197
Cashiered by: L WILLIAMS

CaseNumber   2020 CA 000806

Judge   RONALD W FLURY

CHRISTOPHER MITCHELL   *VS*   PERKINS ELECTRIC ENTERPRISES INC

Comments:

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| (SUIS) SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **Total:** | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |
| **Grand Total:** | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 106699572 | OK | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |
| | **Payments Total:** | | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |

Page 1 of 1