UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.   4:20-cv-00405-MW-MAF

CHRISTOPHER MITCHELL,

    *Plaintiff,*

v

PERKINS ELECTRIC ENTERPRISES INC,

    *Defendant.*

## JUDGMENT

Plaintiff's claims against Defendant are dismissed with prejudice.

    JESSICA J. LYUBLANOVITS
    CLERK OF COURT

<u>April 5, 2021</u>    <u>s/Ronnell Barker</u>
DATE    Deputy Clerk: Ronnell Barker